■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN BARTOLILLO, Appellant.— Appeal by defendant from an order of the County Court, Kings County, dated April 25, 1960, denying without a hearing his *coram nobis* application to vacate a judgment of said court rendered May 6, 1957, convicting him of the crime of grand larceny in the first degree and sentencing him, as a second offender, to serve a term of 6 to 10 years. The application was made on the ground that in the course of a presentence investigation a probation officer had promised defendant that his sentence would be "vacated" if he arranged for restitution to the victim of the larceny, and that such promise was not called to the attention of the sentencing Judge. Order affirmed. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLYDE A. GUHR, Appellant.— Appeals by defendant: (1) from an order of the County Court, Nassau County, dated September 15, 1958, denying after a hearing his *coram nobis* application to vacate a judgment of said court rendered July 22, 1953, convicting him, on his plea of guilty, of the crimes of burglary in the second degree, burglary in the third degree, grand larceny in the first degree, grand larceny in the second degree, and petit larceny, and sentencing him on all but the last count to various terms of imprisonment to be served concurrently with the term of 7½ to 15 years imposed on the first count of burglary in the second degree; and (2) from an order of said court dated September 15, 1958, denying without a hearing another *coram nobis* application by defendant to vacate said judgment. Orders affirmed. No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MILTON STRECKER, Appellant.— Appeal by defendant from an order of the County Court, Kings County, dated March 14, 1960, denying without a hearing his *coram nobis* application to vacate a judgment of said court rendered May 2, 1952, convicting him, on his plea of guilty, of the crime of burglary in the third degree and sentencing him to serve a term of 2½ to 5 years. Order affirmed. No opinion. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

## (December 6, 1960)

■ EUGENE H. ALNWICK, Respondent, v. CHARLES KREISLER AUTO RENTAL CO., INC., et al., Appellants.— Motion by appellants for a stay pending appeal granted, on condition that appellants perfect the appeal for the January Term, commencing January 3, 1961. The appeal is ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before December 20, 1960. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.